

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*  973-645-2700
*Newark, New Jersey 07102*

August 10, 2020

The Honorable Katharine S. Hayden
United States District Judge
Newark, New Jersey 07101

    Re:    United States v. Carolyn Jackson and John Jackson
             <u>Crim. No. 13-290 (KSH)</u>

Dear Judge Hayden,

    Pursuant to the Court's Order dated July 29, 2020, all parties have conferred with the Government and agreed upon the dates encompassed in the attached proposed Scheduling Order.

    The parties have consented to:

- File all objections to the updated Pre-Sentence Report ("PSR") by September 21, 2020;
- Government to file its opening sentencing memorandum by October 19, 2020;
- Defendants to file its reply sentencing memorandum by November 9, 2020;
- Government to file its reply sentencing memorandum by November 19, 2020; and
- Sentencing hearing to be scheduled thereafter.

    Please feel free to contact either AUSA Romano or AUSA Khan should the Court have any questions or concerns.

                                          Respectfully submitted,

                                          s/ Naazneen Khan

                                          Naazneen Khan
                                          Assistant U.S. Attorney