UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CAROLYN JACKSON and<br>JOHN E. JACKSON, | Hon. Katharine S. Hayden<br><br>Docket. No. 13-290 (KSH)<br><br>AMENDED SCHEDULING ORDER |

This matter having been opened by John Jackson (Carol Dominguez, AFPD, appearing), and Carolyn Jackson (Herbert Waldman, Esq., appearing), and the United States (John Romano, AUSA), having no objection, and for good cause shown, it is hereby

ORDERED that:

(1) The briefing schedule entered on the docket on August 11, 2020, is hereby amended;

(2) The Government shall file its opening sentencing memorandum no later than November 2, 2020;

(3) Defendants shall file their responsive sentencing memoranda no later than November 23, 2020;

(4) The Government shall file its reply sentencing memorandum no later than December 7, 2020; and

(5) Following completion of briefing, the Court will consult with counsel to determine the date and manner of the sentencing hearing.

/s/ Katharine S. Hayden
Hon. Katharine S. Hayden,
Sr. United States District Judge