DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CAROLYN JACKSON and<br>JOHN E. JACKSON | Criminal No. 13-290 (KSH)<br><br>**SENTENCING SUBMISSION NOTICE<br>OF THE UNITED STATES** |

Please be advised that, on November 2, 2020, the United States submitted sentencing materials to the Court in this case concerning defendants Carolyn Jackson and John E. Jackson.

Date: November 2, 2020

CRAIG CARPENITO
United States Attorney

By:   s/ Naazneen Khan
       JOHN F. ROMANO
       NAAZNEEN KHAN
       Assistant U.S. Attorneys