# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden, U.S.D.J. |
| | : | Case No. 13-cr-290 (KSH) |
| v. | : | |
| CAROLYN JACKSON and, | : | SENTENCING SUBMISSION NOTICE |
| JOHN JACKSON | : | OF DEFENDANT CAROLYN JACKSON |

Please be advised that, on this date, the Defendant Carolyn Jackson submitted sentencing materials to the Court in this case.

Date:  November 30, 2020

JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS, P.C.

　　　　　*/s/ Rubin M. Sinins*
By:  Rubin M. Sinins, Esq.
   *Attorneys for Defendant Carolyn Jackson*