**JAVERBAUM WURGAFT**
**HICKS KAHN WIKSTROM & SININS, P.C.**
*Certified Trial Attorneys*

505 MORRIS AVENUE
SPRINGFIELD, NJ 07081
TEL: 973-379-4200
FAX: 973-379-7872
www.lawjw.com

Rubin M. Sinins, Esq.
Certified Criminal and Civil Trial Attorney
rsinins@lawjw.com

April 9, 2021

*Filed via ECF*
Katharine S. Hayden, U.S.D.J.
U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    **USA v. Jackson, et al.**
                **Case No. 2:13-cr-00290-KSH**

Dear Judge Hayden:

     In compliance with the Court's text order of April 8, 2021, counsel for the parties hereby confirm the availability of counsel for the government, defendant John Jackson and defendant Carolyn Jackson, for the telephone conference scheduled for April 13, 2021 at 11:00 a.m.

                             Respectfully submitted,

                             JAVERBAUM WURGAFT HICKS
                             KAHN WIKSTROM & SININS, P.C.

                              /s/  Rubin M. Sinins
                             By: Rubin M. Sinins, Esq.

cc:    John Romano, Esq.
        David Holman, Esq.